**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. ATLANTA METALLIC CASKET COMPANY, Respondent.**

No. 12640.

United States Court of Appeals Fifth Circuit.

April 14, 1949.

Rehearing Denied May 30, 1949.

David P. Findling, Associate Gen. Counsel, NLRB, A. Norman Somers, Asst. Gen. Counsel, NLRB, and Rose Mary Filipowicz, Atty., NLRB, all of Washington, D. C., for petitioner.

M. E. Kilpatrick, of Atlanta, Ga., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

It is ordered that the petition of the Board for enforcement of its order be, and the same hereby is, denied.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. MASSEY GIN & MACHINE WORKS, Inc., Respondent.**

No. 12643.

United States Court of Appeals Fifth Circuit.

April 14, 1949.

Rehearing Denied May 30, 1949.

A. Norman Somers, Asst. Gen. Counsel, NLRB, David P. Findling, Associate Gen. Counsel. NLRB, and William Feldesman, Asst. Gen. Counsel, NLRB, all of Washington, D. C., for petitioner.

C. Baxter Jones, of Macon, Ga., for respondent.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

It is ordered that the petition of the Board for enforcement of its order be, and the same hereby is, denied.

**NEW ORLEANS TERMINAL COMPANY, Appellant, v. BROOKLYN COOPERAGE COMPANY et al., Appellees.**

No. 12570.

United States Court of Appeals Fifth Circuit.

April 15, 1949.

Rehearing Denied May 12, 1949.

J. Blanc Monroe and Walter J. Suthon, Jr., both of New Orleans, La., for appellant.

R. Emmett Kerrigan and Bernard J. Fonseca, both of New Orleans, La., and W. W. Ramsey, of Vicksburg, Miss., for appellees.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

Appeal dismissed with directions to lower court to proceed to trial of plaintiff's case on its merits, but without prejudice to the right of appellant to present to the court below, and on appeal, the question as to the right to contribution from co-defendants if and when judgment is rendered against it in favor of the plaintiff.